UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKANSAS DAIRY COOPERATIVE ASSOCIATION, INC., et al., )<br>)<br>) | |
| --PLAINTIFFS, )<br>) | Civil Case No.: |
| ) | JUDGE |
| v. )<br>) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, )<br>)<br>) | |
| --DEFENDANT. ) | |

### CERTIFICATE UNDER LOCAL CIVIL RULE 7.1

I, the undersigned, counsel of record for:

Arkansas Dairy Cooperative Association, Inc.,
Central Sands Dairy, LLC,
Columbia River Dairy, LLC,
Continental Dairy Products, Inc.,
Lone Star Milk Producers, Inc.,
Maryland and Virginia Milk Producers Cooperative Association,
Select Milk Producers, Inc.,
United Dairymen of Arizona, and
Zia Milk Producers, Inc.

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                        Respectfully submitted,
                                        YALE LAW OFFICE, LP

BENJAMIN F. YALE, OHIO 0024730
D.C. District Court No. OH 00068
527 North Westminster Street
P.O. Box 100
Waynesfield, Ohio 45896
419-568-6401
Fax 419-568-6413
ben@yalelawoffice.com
Counsel for Cooperative Plaintiffs