UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKANSAS DAIRY COOPERATIVE ASSOCIATION, INC., et al., | ) ) ) |
| --PLAINTIFFS, | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) |
| --DEFENDANT. | ) ) |

Civil Case No.:

JUDGE

## CERTIFICATE UNDER LOCAL CIVIL RULE 7.1

I, the undersigned, counsel of record for Dairy Producers of New Mexico certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,
THE MILTNER LAW FIRM, LLC

_[signature]_
RYAN K. MILTNER, OHIO 0075405
D.C. District Court No. OH 0006
527 North Westminster Street
P.O. Box 477
Waynesfield, Ohio 45896
419-568-2920
Fax 419-568-6413
ryan@miltnerlawfirm.com
Counsel for Dairy Producers of New Mexico