IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKANSAS DAIRY COOPERATIVE ASSOCIATION, INC, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:08-cv-01426 (EGS)<br>) |
| UNITED STATES DEPARTMENT OF AGRICULTURE | )<br>)<br>) |
| Defendant. | )<br>) |

**NOTICE OF APPEARANCE**

Undersigned counsel, Kyle R. Freeny, hereby enters her appearance as counsel for the defendant in the above-captioned case.

Dated: August 18, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JAMES GILLIGAN
Assistant Branch Director

By:   /s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:  (202) 616-8202
Email:  Kyle.Freeny@usdoj.gov
*Counsel for Defendant*