**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARKANSAS DAIRY COOPERATIVE ASSOCIATION, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08-cv-01426 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

Counsel for all parties have conferred and hereby submit the attached proposed order in connection with plaintiffs' Motion for Temporary Restraining Order, as directed by the Court during the status conference held on Monday, August 18, 2008.

Dated: August 18, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JAMES GILLIGAN
Assistant Branch Director

By:   /s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:  (202) 616-8202
Email:  Kyle.Freeny@usdoj.gov
*Counsel for Defendant*

YALE LAW OFFICE, LP

/s/ Benjamin F. Yale
BENJAMIN F. YALE, OHIO 0024730
D.C. District Court No. OH 00068
527 North Westminster Street
P.O. Box 100
Waynesfield, Ohio 45896
419-568-6401
Fax 419-568-6413
ben@yalelawoffice.com
*Counsel for Cooperative Plaintiffs*

THE MILTNER LAW FIRM, LLC

/s/ Ryan K. Miltner
RYAN K. MILTNER, OHIO 0075405
D.C. District Court No. OH 0006
527 North Westminster Street
P.O. Box 477
Waynesfield, Ohio 45896
419-568-2920
Fax 419-568-6413
ryan@miltnerlawfirm.com
*Counsel for Dairy Producers of New Mexico*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ———————————————————— | ) |
| ARKANSAS DAIRY COOPERATIVE | ) |
| ASSOCIATION, INC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 1:08-cv-01426 (EGS) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF AGRICULTURE | ) |
| | ) |
| Defendant. | ) |
| ———————————————————— | ) |

**[Proposed] ORDER**

The United States Department of Agriculture (USDA) has determined that it will

postpone the effective date of the make allowance adjustments announced in the Federal Register

on July 31, 2008, until October 1, 2008, with announcement of the advanced pricing factors on

September 19, 2008, based on the new make allowance adjustments; all September class prices

will use the current make allowances and butterfat yield factor.  In light of the government's

representation, the Court has determined that a hearing on plaintiffs' request for a temporary

restraining order is unnecessary.  The Court will confer with the parties on August ___, 2008, to

set a briefing and hearing schedule for plaintiffs' Motion for Preliminary Injunction, such that the

Court can rule on the Motion before September 19, 2008, when the new advanced pricing factors

are to be announced.

SO ORDERED, this _____ day of _____, 2008.


———————————————————————
THE HONORABLE EMMET G. SULLIVAN
United States District Judge