**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARKANSAS DAIRY COOPERATIVE ASSOCIATION, INC.** *et al.*, )<br>)<br>          **Plaintiffs,** )<br>    v. )<br>)<br>**UNITED STATES DEPARTMENT OF AGRICULTURE,** )<br>)<br>          **Defendant,** )<br>)<br>**INTERNATIONAL DAIRY FOODS ASSOCIATION,**<br>1250 H Street, N.W.<br>Suite 900<br>Washington, D.C. 20005, )<br>)<br>          **Intervening Defendant** ) | Case No. 1:08-CV01426 (EGS) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE
<u>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>**

I, the undersigned, counsel of record for the International Dairy Foods Association ("IDFA"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of IDFA which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

DC: 2921939-1

Respectfully submitted,

/s/ Steven J. Rosenbaum
Steven J. Rosenbaum (D.C. Bar No. 331728)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone:  (202) 662-5568
Facsimile:  (202) 778-5568
srosenbaum@cov.com

*Counsel for International Dairy Foods Association*

August 20, 2008