IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Arkansas Dairy Cooperative,** | * | |
| **Inc, et al.,** | | |
|     **Plaintiff** | * | |
| | | |
| vs. | * | No. 1:08-CV-01426 (EGS) |
| | | |
| **Secretary of Agriculture,** | * | |
| **United States Department** | | |
| **of Agriculture,** | * | |
| | | |
|     **Defendant(s)** | * | |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

I, Susan Silber, am a member in good standing of the bar of this Court. My bar number is 267351. I am moving the admission of John H. Vetne to appear *pro hac vice* in this case as counsel for proposed intervenor-defendants, Agri-Mark, Inc., Associated Milk Producers, Inc., Foremost Farms USA Cooperative, Land O'Lakes, Inc., Michigan Milk Producers Ass'n, and Northwest Dairy Ass'n. .

I certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | | Federal Court & Date of Admission | |
|---|---|---|---|
| Michigan | Dec. 19, 1973 | E.D. Michigan | Dec. 19, 1973 |
| New Hampshire | May 29, 1984 | New Hampshire | July 21, 1986 |
| Massachusetts | Feb 13, 1992 | Massachusetts | Sept. 13, 1996 |
| | | W.D. Michigan | Dec. 13, 2002 |
| | | E.D. Wisconsin | Aug. 22, 2002 |
| | | CADC | Feb 10, 1981 |
| | | CA 1st | Apr. 6, 1998 |
| | | CA 6th | Oct. 15, 1992 |
| | | CA 7th | July 13, 1979 |
| | | CA 9th | Feb. 11, 1998 |
| | | US Supreme | Apr. 22, 2003 |

1

2. During the twenty-four months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court NO times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The completed Electronic Case Files Attorney Registration Form is enclosed.

8. Counsel for the Plaintiffs, the Federal Defendant, and intervenor International Dairy Foods Ass'n, have been contacted and expressed no opposition to this Motion.

Respectfully submitted,

MOVANT

*Susan Silber*
Susan Silber, D.C. Bar # 267351
Silber, Perlman, Sigman & Tilev, P.A.
7000 Carroll Avenue, Suite 200
Takoma Park, Maryland 20912

Phone: (301) 891-2200
Fax:   (301) 891-2206
silber@sp-law.com

PROPOSED ADMITTEE

*John Vetne*
John H. Vetne
Attorney at Law
11 Red Sox Lane
Raymond, New Hampshrie 03077

Phone: (603) 895-4849
Fax:   (603) 895-4849
johnvetne@comcast.net

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

GRANTED  ☐
DENIED   ☐

_____          _____
Date                                                                Clerk, United States District Court

U.S. District Court (Rev. 09/2/2004) - MDL Pro Hac Vice