**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ARKANSAS DAIRY COOPERATIVE, Inc.,
et al.
                              Plaintiffs,

                                                    No. 1:08-CV-01426 (EGS)

             - v -

UNITED STATES DEPARTMENT OF
AGRICULTURE,
                              Defendant,

                    And

INTERNATIONAL DAIRY FOODS ASS'N,
             and
AGRI-MARK, Inc., et al.
                    Intervenor-Defendants.

**MOTION OF INTERVENORS-DEFENDANTS
AGRI-MARK, INC., Et Al,
WITH THE CONSENT OF ALL OTHER PARTIES,
TO FILE INSTANTER
HARD COPIES OF AUTHORITIES AND EXHIBITS**

On August 28, 2008, Defendants-Intervenors, Agri-Mark, Inc., et al., filed by

ECF procedures their Memorandum in Opposition to Plaintiffs' Motion for Preliminary

Injunction, with attached exhibits and declarations.  This filing was in accordance with

the Scheduling Order (Doc. 7) issued by the Court on August 19, 2008.

The Court's Scheduling Order also required printed, hard copies of points and

authorities, and supporting exhibits, to be delivered to Judge Sullivan's chambers on

August 28.  Due to limitations of time and geography, undersigned lead counsel for Agri-

Mark, et al., was unable to deliver hard copies on August 28, but they were delivered on

August 29, 2008.   Agri-Mark, et al., respectfully move that the filing of these documents

1

be accepted instanter.   Agri-Mark has included in these hard copies all exhibits filed by ECF procedure.

The principal authorities relied upon in Agri-Mark's Memorandum of Law, including Federal Register publications, statutes, and excerpts from the administrative hearing record, have previously been reproduced and submitted in hard copies by Plaintiffs, Federal Defendant, and/or Defendant-Intervenor IDFA, and are not duplicated again in hard copy by Agri-Mark, et al.

Undersigned counsel for Agri-Mark has sought, and secured, the consent of counsel for all other parties to the relief requested – Plaintiffs, Federal Defendant, and Defendant-Intervenor IDFA – as documented in the attachments hereto.

WHEREFORE, the consented-to Motion of Agri-Mark, Inc., et al., to file hard copies of authorities and exhibits instanter should be granted.

Respectfully submitted,

Susan Silber, Esq.
Silber, Perlman, Sigman & Tilev, P.A.
7000 Carroll Ave., Suite 200
Takoma Park, Maryland 20912
301-891-2200
301-891-2206 (fax)
sigman@sp-law.com

  S/ John H. Vetne
John H. Vetne, Esq. (PHV)
11 Red Sox Lane
Raymond, NH 03077
603-895-4849
john.vetne@verizon.net

Counsel for Defendants-Intervenors,
Agri-Mark, Inc., et al.

August 29, 2008

2

| | |
|---|---|
| **From:** | "Ben Yale" <ben@yalelawoffice.com> |
| **To:** | <johnvetne@comcast.net> |
| **Subject:** | RE: Arkansas Dairy Coop. v. USDA Hard copies |
| **Date:** | Friday, August 29, 2008 1:54:48 PM |

I am easy on the hard copies, so save the trees and fuel.
Using some digits to electronically inform me of what you deliver in the form of an index would be appreciated.
I have no objection to the delay in filing the documents.


Benjamin F. Yale
Yale Law Office, LP
P.O. Box 100
Waynesfield, OH 45896
ph 419-568-5751
fx  419-568-6413
ben@yalelawoffice.com

www.yalelawoffice.com
www.dairyrules.com

**From:** johnvetne@comcast.net [mailto:johnvetne@comcast.net]
**Sent:** Friday, August 29, 2008 12:37 PM
**To:** Freeny, Kyle (CIV); Rosenbaum, Steven; ryan@miltnerlawfirm.com; ben@yalelawoffice.com
**Cc:** sigman@sp-law.com; silber@sp-law.com
**Subject:** Arkansas Dairy Coop. v. USDA Hard copies

Dear Counsel,
I was not able to deliver hard copies of the Agri-Mark et al brief and attachments to Judge
Sullivan's chambers yesterday from this location and late hour (scheduling order attached).   We
will do so today.

If the Court desires a Motion to File Instanter for the hard copies, can I represent your consent?

If this needs to be discussed in a brief conference call with Chambers today, are you available?

I note that the Scheduling Order does not require hard copies to counsel.  Although I am grateful
for your transmission of hard copies to me, do you want me to kill a few trees to get my hard
copies to you?  If so, you will have them early next week.  Let me know.


--
John H. Vetne
Attorney at Law

11 Red Sox Lane
Raymond, NH 03077
603-895-4849

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential
and/or legally privileged information. It is solely for the use of the intended recipient(s).
Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws
including the Electronic Communications Privacy Act.

-------------- Original message --------------
From: "Freeny, Kyle (CIV)" <Kyle.Freeny@usdoj.gov>
Attached please find a copy of the letter delivered to Judge Sullivan's chambers today with
defendant's principle authorities, as well as the index to those authorities.  Please let me know if
you would like me to send hard copies of the actual authorities, which I will be happy to provide to
anyone who is interested.

Regards,

Kyle R. Freeny
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 514-5108 (phone)
(202) 616-8460 (fax)

*The information in this transmittal (including attachments, if any) is intended only for the recipient
(s) listed above and may contain information that is privileged and confidential. Any review, use,
disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the
intended recipient. If you have received this transmittal in error, please notify me immediately and
destroy all copies of the transmittal. Your cooperation is appreciated.*

| | |
|---|---|
| **From:** | "Rosenbaum, Steven" <srosenbaum@cov.com> |
| **To:** | "Ryan Miltner" <ryan@miltnerlawfirm.com>, <johnvetne@comcast.net>, "Freeny, Kyle (CIV)" <Kyle.Freeny@usdoj.gov>, <ben@yalelawoffice.com> |
| **CC:** | <sigman@sp-law.com>, <silber@sp-law.com> |
| **Subject:** | RE: Arkansas Dairy Coop. v. USDA Hard copies |
| **Date:** | Friday, August 29, 2008 1:45:17 PM |

I would appreciate a hard copy of the attachments.

**From:** Ryan Miltner [mailto:ryan@miltnerlawfirm.com]
**Sent:** Friday, August 29, 2008 12:53 PM
**To:** johnvetne@comcast.net; 'Freeny, Kyle (CIV)'; Rosenbaum, Steven; ben@yalelawoffice.com
**Cc:** sigman@sp-law.com; silber@sp-law.com
**Subject:** RE: Arkansas Dairy Coop. v. USDA Hard copies

John,

Yes, I consent on behalf of DPNM.  And Yes, I can be available until 4:00 pm.

I do not require the full set of copies, as long as you can provide electronic copies upon request.

For other counsel, do you want hard copies of the attachments that will be submitted with the Plaintiffs' Reply?

Ryan

-----Original Message-----
**From:** johnvetne@comcast.net [mailto:johnvetne@comcast.net]
**Sent:** Friday, August 29, 2008 12:37 PM
**To:** Freeny, Kyle (CIV); Rosenbaum, Steven; ryan@miltnerlawfirm.com; ben@yalelawoffice.com
**Cc:** sigman@sp-law.com; silber@sp-law.com
**Subject:** Arkansas Dairy Coop. v. USDA Hard copies

Dear Counsel,
I was not able to deliver hard copies of the Agri-Mark et al brief and attachments to Judge Sullivan's chambers yesterday from this location and late hour (scheduling order attached).   We will do so today.

If the Court desires a Motion to File Instanter for the hard copies, can I represent your consent?

If this needs to be discussed in a brief conference call with Chambers today,

are you available?

I note that the Scheduling Order does not require hard copies to counsel. Although I am grateful for your transmission of hard copies to me, do you want me to kill a few trees to get my hard copies to you?  If so, you will have them early next week.  Let me know.

--
John H. Vetne
Attorney at Law
11 Red Sox Lane
Raymond, NH 03077
603-895-4849

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act.


-------------- Original message --------------
From: "Freeny, Kyle (CIV)" <Kyle.Freeny@usdoj.gov>
Attached please find a copy of the letter delivered to Judge Sullivan's chambers today with defendant's principle authorities, as well as the index to those authorities.  Please let me know if you would like me to send hard copies of the actual authorities, which I will be happy to provide to anyone who is interested.

Regards,

Kyle R. Freeny
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 514-5108 (phone)
(202) 616-8460 (fax)

*The information in this transmittal (including attachments, if any) is intended only for the recipient(s) listed above and may contain information that is privileged and confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.*

| **From:** | "Freeny, Kyle (CIV)" <Kyle.Freeny@usdoj.gov> |
| **To:** | <johnvetne@comcast.net>, "Rosenbaum, Steven" <srosenbaum@cov.com>, <ryan@miltnerlawfirm.com>, <ben@yalelawoffice.com> |
| **CC:** | <sigman@sp-law.com>, <silber@sp-law.com> |
| **Subject:** | RE: Arkansas Dairy Coop. v. USDA Hard copies |
| **Date:** | Friday, August 29, 2008 1:39:58 PM |

The government would consent to such a motion.  I am also available all afternoon.  Finally, I do not at this time need a hard copy of any exhibits that were filed electronically or any authorities that are retrievable from Lexis or Westlaw, but I would appreciate a copy of the index to your authorities, if you have one, so that I know what was submitted to chambers.

**From:** johnvetne@comcast.net [mailto:johnvetne@comcast.net]
**Sent:** Friday, August 29, 2008 12:37 PM
**To:** Freeny, Kyle (CIV); Rosenbaum, Steven; ryan@miltnerlawfirm.com; ben@yalelawoffice.com
**Cc:** sigman@sp-law.com; silber@sp-law.com
**Subject:** Arkansas Dairy Coop. v. USDA Hard copies

Dear Counsel,
I was not able to deliver hard copies of the Agri-Mark et al brief and attachments to Judge Sullivan's chambers yesterday from this location and late hour (scheduling order attached).   We will do so today.

If the Court desires a Motion to File Instanter for the hard copies, can I represent your consent?

If this needs to be discussed in a brief conference call with Chambers today, are you available?

I note that the Scheduling Order does not require hard copies to counsel.  Although I am grateful for your transmission of hard copies to me, do you want me to kill a few trees to get my hard copies to you?  If so, you will have them early next week.  Let me know.

--
John H. Vetne
Attorney at Law
11 Red Sox Lane
Raymond, NH 03077
603-895-4849

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended

recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act.

-------------- Original message --------------
From: "Freeny, Kyle (CIV)" <Kyle.Freeny@usdoj.gov>
Attached please find a copy of the letter delivered to Judge Sullivan's chambers today with defendant's principle authorities, as well as the index to those authorities.  Please let me know if you would like me to send hard copies of the actual authorities, which I will be happy to provide to anyone who is interested.

Regards,

Kyle R. Freeny
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 514-5108 (phone)
(202) 616-8460 (fax)

*The information in this transmittal (including attachments, if any) is intended only for the recipient (s) listed above and may contain information that is privileged and confidential. Any review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately and destroy all copies of the transmittal. Your cooperation is appreciated.*

| | |
|---|---|
| **From:** | "Rosenbaum, Steven" <srosenbaum@cov.com> |
| **To:** | <johnvetne@comcast.net>, "Freeny, Kyle (CIV)" <Kyle.Freeny@usdoj.gov>, <ryan@miltnerlawfirm.com>, <ben@yalelawoffice.com> |
| **CC:** | <sigman@sp-law.com>, <silber@sp-law.com> |
| **Subject:** | RE: Arkansas Dairy Coop. v. USDA Hard copies |
| **Date:** | Friday, August 29, 2008 1:34:17 PM |

You have our consent to the motion you describe.

I am available today for a call if needed.

I would appreciate a hard copy of your filing.

Each of you will receive today a hard copy of all of the attachments to our filing, as well as the collection of principal authorities that we submitted to the court.   The IDFA brief itself is available online.

---

**From:** johnvetne@comcast.net [mailto:johnvetne@comcast.net]
**Sent:** Friday, August 29, 2008 12:37 PM
**To:** Freeny, Kyle (CIV); Rosenbaum, Steven; ryan@miltnerlawfirm.com; ben@yalelawoffice.com
**Cc:** sigman@sp-law.com; silber@sp-law.com
**Subject:** Arkansas Dairy Coop. v. USDA Hard copies

Dear Counsel,
I was not able to deliver hard copies of the Agri-Mark et al brief and attachments to Judge Sullivan's chambers yesterday from this location and late hour (scheduling order attached).   We will do so today.

If the Court desires a Motion to File Instanter for the hard copies, can I represent your consent?

If this needs to be discussed in a brief conference call with Chambers today, are you available?

I note that the Scheduling Order does not require hard copies to counsel.  Although I am grateful for your transmission of hard copies to me, do you want me to kill a few trees to get my hard copies to you?  If so, you will have them early next week. Let me know.

--
John H. Vetne

Attorney at Law
11 Red Sox Lane
Raymond, NH 03077
603-895-4849

CONFIDENTIALITY NOTICE: This communication with its contents may contain
confidential and/or legally privileged information. It is solely for the use of the
intended recipient(s). Unauthorized interception, review, use or disclosure is
prohibited and may violate applicable laws including the Electronic
Communications Privacy Act.

-------------- Original message --------------
From: "Freeny, Kyle (CIV)" <Kyle.Freeny@usdoj.gov>
Attached please find a copy of the letter delivered to Judge Sullivan's chambers today with
defendant's principle authorities, as well as the index to those authorities.  Please let me
know if you would like me to send hard copies of the actual authorities, which I will be
happy to provide to anyone who is interested.

Regards,

Kyle R. Freeny
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 514-5108 (phone)
(202) 616-8460 (fax)

*The information in this transmittal (including attachments, if any) is intended only for the
recipient(s) listed above and may contain information that is privileged and confidential. Any
review, use, disclosure, distribution, or copying of this transmittal is prohibited except by or
on behalf of the intended recipient. If you have received this transmittal in error, please
notify me immediately and destroy all copies of the transmittal. Your cooperation is
appreciated.*